PER CURIAM.
The record contains substantial competent evidence to support the trial court’s ruling. There is no legal basis for this Court to disturb the trial court’s determination regarding the credibility of the witnesses. Shaw v. Shaw, 334 So.2d 13, 16 (Fla.), on remand to, 336 So.2d 1282 (Fla. 3d DCA 1976); Povia v. Melvin, 66 So.2d 494, 494 — 95 (Fla.1953); Ross v. Bandi, 566 So.2d 55, 56 (Fla. 4th DCA 1990); S. Kornreich & Sons, Inc. v. Titan Agencies, Inc., 423 So.2d 940, 942 (Fla. 3d DCA 1982); Atkins v. Keller, 400 So.2d 168, 169 (Fla. 3d DCA), review denied, 411 So.2d 380 (Fla.1981). Accordingly, the trial court’s decision is affirmed,